# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAY 17 AM 7:23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ROGELIO TORRES-LIZAMA,<br><br>                Defendant. | CASE NO. 09-cr-0487-JAH-1<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

18:111(a)(1) - Assault on a Federal Officer

18:1791(a)(1) - Possession of Contraband in Prison

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/14/2012

John A. Houston
U.S. District Judge